```
 1   MORGAN, LEWIS & BOCKIUS LLP
     DONALD P. SULLIVAN, State Bar No. 191080
 2   One Market, Spear Street Tower
     San Francisco, California 94105
 3   Tel:  415.442.1000
     Fax:  415.442.1001
 4
     Attorneys for Defendant
 5   SUTTER HEALTH GROUP LONG TERM
     DISABILITY PLAN
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HUBER,<br><br>    Plaintiff,<br><br>  vs.<br><br>SUTTER HEALTH GROUP LONG<br>TERM DISABILITY PLAN,<br><br>    Defendant. | Case No. 3:06cv5284 (SI)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |

WHEREAS, Defendant Sutter Health Group Long Term Disability Plan ("Plan") is an employee benefit plan that is fully-insured by the Metropolitan Life Insurance Company ("MetLife");

WHEREAS, under the terms of the MetLife policy, MetLife makes all decisions regarding the payment of benefits from the Plan;

WHEREAS, MetLife and not the Plan decided Plaintiff Patricia Huber's ("Plaintiff") claim for benefits;

WHEREAS, Defendant Plan has tendered the defense of this case and made an indemnity demand to MetLife;

WHEREAS, MetLife has not yet responded to Defendant Plan's tender of defense and indemnity demand;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7429999.1

STIPULATION AND [PROPOSED] ORDER
(3:06CV5284 (SI))

1    WHEREAS, Defendant Plan cannot make a meaningful response to the Plaintiff's

2 complaint because it did not decide Plaintiff's claim for benefits and does not know the reasons

3 for the adverse benefits determination;

4    WHEREAS, the present deadline to file and serve Defendant Plan's response to Plaintiff's

5 Complaint was October 31, 2006;

6    WHEREAS, Plaintiff and Defendant Plan (collectively, the "Parties") have stipulated to a

7 twenty (20) day extension for Defendant Plan to respond to Plaintiff's Complaint;

8    WHEREAS, pursuant to the Parties' stipulation, the deadline for Defendant Plan to

9 respond to Plaintiff's Complaint will be November 20, 2006;

10   WHEREAS, Judge Illston's August 28, 2006 Order Setting Initial Case Management

11 Conference and ADR Deadlines ("Judge Illston's Order") has fixed November 13, 2006 as the

12 last day for the Parties to meet and confer regarding initial disclosures, early settlement, ADR

13 process selection, a discovery plan, as well as filing an ADR Certification and either a Stipulation

14 to ADR Process or Notice of Need for ADR Phone Conference;

15   WHEREAS, the requested extension of time will require the modification of deadlines

16 previously set by the Court, as Defendant Plan's deadline to respond to Plaintiff's Complaint will

17 be subsequent to deadlines previously fixed by Judge Illston's Order; and

18   WHEREAS, Defendant Plan has not previously requested an extension of its time to

19 respond to the Complaint.

20   NOW THEREFORE, FOR GOOD CAUSE SHOWN, PLAINTIFF AND DEFENDANT

21 PLAN HEREBY STIPULATE and AGREE as follows:

22   1.   Defendant Plan's time to answer or otherwise respond to Plaintiff's Complaint

23 shall be extended to November 20, 2006;

24   2.   The Initial Case Management Conference is rescheduled from December 1, 2006

25 to December 21, 2006, in Courtroom 10, on the 19th Floor, at 2:00 p.m.;

26   3.   November 30, 2006 shall be the last day for the parties to meet and confer

27 regarding initial disclosures, early settlement, ADR process selection, a discovery plan, and filing

28 an ADR Certification as well as either a Stipulation to ADR Process or Notice of Need for ADR

1  Phone Conference; and

2      4.    December 14, 2006 shall be the last day for the Parties to complete initial
3  disclosures or state their objections thereto in the Rule 26(f) Report, as well as file the Case
4  Management Statement and Rule 26(f) Report.

**IT IS SO STIPULATED:**

Dated: November 1, 2006                MORGAN, LEWIS & BOCKIUS LLP

                                                  By: /S/ Donald P. Sullivan
                                                      Donald P. Sullivan
                                                      Attorneys for Defendant
                                                      SUTTER HEALTH GROUP LONG TERM
                                                      DISABILITY PLAN

Dated: November 1, 2006                THORNTON DAVIDSON & ASSOCIATES

                                                  By: /S/ Thornton Davidson
                                                      Thornton Davidson
                                                      Attorneys for Plaintiff
                                                      PATRICIA HUBER

# [PROPOSED] ORDER

1. Defendant Plan's time to answer or otherwise respond to Plaintiff's Complaint shall be extended to November 20, 2006;

2. The Initial Case Management Conference is rescheduled from December 1, 2006 to December 21, 2006, in Courtroom 10, on the 19th Floor, at 2:00 p.m.;

3. November 30, 2006 shall be the last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, a discovery plan, and filing an ADR Certification as well as either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference; and

4. December 14, 2006 shall be the last day for the Parties to complete initial disclosures or state their objections thereto in the Rule 26(f) Report, as well as file the Case Management Statement and Rule 26(f) Report.

**IT IS SO ORDERED:**

Dated: _____

_____
The Hon. Susan Illston
United States District Judge