Donald P. Sullivan, SBN 191080
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower

San Francisco, CA 94105

# UNITED STATES DISTRICT COURT
## Northern DISTRICT OF CALIFORNIA

| PATRICIA HUBER, | CASE NUMBER: |
|---|---|
| | 3:06cv5284 (SI) |
| v. Plaintiff(s) | |
| SUTTER HEALTH GROUP LONG TERM DISABILITY PLAN, | **SUBSTITUTION OF ATTORNEY** |
| Defendant(s) | |

Sutter Health Group Long Term Disability Plan   [ ] Plaintiff   [X] Defendant   [ ] Other _____
*Name of Party*

hereby substitutes  Rebecca A. Hull  who is

[X] Retained Counsel   [ ] Court Appointed Counsel   [ ] Pro Per   One Market, Steuart Street Tower
*Street Address*

San Francisco, CA 94105     415-781-7900     415-781-2635     99802
*City, State, Zip Code*       *Telephone Number*   *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of  Donald P. Sullivan
*Present Attorney*

Dated: November 2, 2006

*Signature of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 11/2/2006

*Signature of Present Attorney*

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: Nov. 2, 2006

*Signature of New Attorney*

---

**Substitution of Attorney is hereby** [✓] Approved.   [ ] Denied.

Dated: _____

*United States District Judge / Magistrate Judge*

---

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                                                       G01