| | |
|---|---|
| 1 | THORNTON DAVIDSON & ASSOCIATES |
| | THORNTON DAVIDSON  Bar No. 166487 |
| 2 | 2055 San Joaquin Street |
| | Fresno, California 93721-2717 |
| 3 | Telephone:  (559) 256-9800 |
| | Facsimile:  (559) 256-9791 |
| 4 | Email: thorntondavidson@aol.com |
| 5 | |
| 6 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | REBECCA A. HULL  Bar No. 99802 |
| 7 | MICHAEL N. WESTHEIMER  Bar No. 178938 |
| | One Market Plaza |
| 8 | Steuart Tower, 8th Floor |
| | San Francisco, California 94105 |
| 9 | Telephone: (415) 781-7900 |
| | Facsimile: (415) 781-2635 |
| 10 | Email:  rebecca.hull@sdma.com |
| | michael.westheimer@sdma.com |

11  Attorneys for Defendant
    Sutter Health Group Long Term Disability Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HUBER, | CASE NO. 3:06cv5284 (SI) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT** |
| v. | |
| SUTTER HEALTH GROUP LONG TERM DISABILITY PLAN, | Judge:  Hon. Susan Illston |
| Defendant. | Courtroom:  10, 19th Floor |

WHEREAS, on August 28, 2006, plaintiff Patricia Huber filed the instant action against defendant Sutter Health Group Long Term Disability Plan alleging violation of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. section 1001, et seq.;

WHEREAS, plaintiff's counsel and defendant's prior counsel previously filed a stipulation dated November 1, 2006, extending defendant's time to file a responsive pleading to November 20, 2006;

WHEREAS, the parties subsequently filed a substitution of counsel dated November 2, 2006, in which the undersigned defense counsel was substituted into the action replacing

1  defendant's prior counsel;

2  WHEREAS, the current schedule in this action requires the parties to file a Case
3  Management Statement and Rule 26(f) Report by December 14, 2006, and to appear at a Case
4  Management Conference on December 21, 2006;

5  WHEREAS, the administrative record is currently in possession of and being gathered by
6  a third party and is expected to be received shortly, review of which is needed to evaluate the
7  allegations in plaintiff's complaint and prepare a responsive pleading;

8  WHEREAS, none of the parties will be prejudiced by a three-week extension of the due
9  date for defendant to file a responsive pleading, to December 11, 2006;

10  WHEREAS, a three-week extension of the due date for defendant to file a responsive
11  pleading, to December 11, 2006, will not interfere in any way with the Court's current schedule
12  in this action;

13  NOW, THEREFORE, pursuant to Local Rule 6-1(a), plaintiff Patricia Huber and
14  defendant Sutter Health Group Long Term Disability Plan, by and through their attorneys, hereby
15  stipulate to and mutually request that the Court grant a three-week extension of the deadline for
16  defendant to file a responsive pleading, to December 11, 2006.

17  DATED: November 16, 2006     THORNTON DAVIDSON & ASSOCIATES

18                                 By: _____
                                      Thornton Davidson
19                                    Attorneys for Plaintiff, Patricia Huber

20  DATED: November 16, 2006     SEDGWICK, DETERT, MORAN & ARNOLD LLP
21                                 By: _____
22                                    Rebecca A. Hull
                                      Michael N. Westheimer
23                                    Attorneys for Defendant, Sutter Health Group
                                      Long Term Disability Plan
24
25  IT IS SO ORDERED.

    Dated: _____
26                                 _____
27                                 Hon. Susan Illston
                                   United States District Judge
28

-2-      CASE NO. 3:06cv5284 (SI)
STIPULATION FOR EXTENSION OF TIME FOR RESPONSE TO COMPLAINT