1  **THORNTON DAVIDSON**, #166487
   THORNTON DAVIDSON & ASSOCIATES
2  2055 San Joaquin Street
   Fresno, California 93721-2717
3  Telephone:   (559) 256-9800
   Facsimile:   (559) 256-9791
4  e-mail:thorntondavidson@aol.com

5  Attorneys for Plaintiff, PATRICIA HUBER

8              UNITED STATES DISTRICT COURT FOR

9              THE NORTHERN DISTRICT OF CALIFORNIA

11 PATRICIA HUBER,                              ) Case No.:C 06-5284 (SI)
                                                )
12             Plaintiff,                       ) **REQUEST TO PARTICIPATE IN INITIAL**
   v.                                           ) **CASE MANAGEMENT CONFERENCE**
13                                              ) **BY TELEPHONE/[PROPOSED] ORDER**
   SUTTER HEALTH GROUP LONG TERM                )
14 DISABILITY PLAN                              ) Date: December 22, 2006
                                                ) Time: 2:00 p.m.
15             Defendant.                       ) Judge: Honorable Susan Illston
   _____        ) Courtroom: 10 (19th Floor)

       I, Thornton Davidson, counsel for plaintiff Patricia Huber, hereby request, pursuant to Local Rule 16-10, to participate in the initial Case Management Conference by telephone. This request is made for the following reasons:

       1.      The initial Case Management Conference is scheduled for December 22, 2006 at 2:00 p.m. in Courtroom 10 before the Honorable Susan Illston.

       2.      Counsel for the parties have prepared and filed the Joint Case Management Statement.

       3.      This request to appear by telephone is made because Plaintiff's counsel maintains his office in the City of Fresno, California, a distance of approximately 200 miles from the courthouse.

1       4.      Defense Counsel does not object to my appearance by telephone.

Dated: December 13, 2006                                             /S/ Thornton Davidson
                                                                            THORNTON DAVIDSON
                                                                            Attorney for Plaintiff,
                                                                            PATRICIA HUBER

### [PROPOSED] ORDER

\_\_\_\_ Plaintiff's counsel, Thornton Davidson, may participate in the initial Case Management Conference in this action by telephone.

Dated: _____           /s/ Susan Illston
                                                                        HONORABLE SUSAN ILLSTON
                                                                        UNITED STATES DISTRICT JUDGE

---

REQUEST TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE/[PROPOSED] ORDER
CASE NO.: C 06-5284 (SI)